**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | No. 21-12210-amc |
| JOHN MACINTOSH. | : | |
| | : | Chapter 13 |
| Debtor | : | |

**EXHIBIT**

Exhibits to Attach to Movant Hatboro Federal Saving's Motion for Relief from Automatic Stay (Document 24)

EXHIBIT Post-Petition Attorneys Fees per Court Order dated February 8, 2022.

1839454-1

# TIMONEY KNOX, LLP

P.O. Box 7544
400 Maryland Drive
Fort Washington, PA 19034-7544
Tel (215) 646-6000
Fax (215) 646-0379

Federal Tax I.D. ▮

September 7, 2021

Hatboro Federal Savings
Linda Roehner, President
221 S. York Road
Hatboro, PA 19040-3497

Re:             20102 - 00033        HFS v. Weber, Amy

Invoice Number: 166884

Professional Services through    08/12/2021

| Atty | Date | Description | Hours |
|---|---|---|---|
| JM | 08/02/2021 | Receipt and review of correspondence from Sheriff regarding August 13 sale; Conference with paralegal; Telephone conference with client. | 0.40 |
| RMG | 08/06/2021 | Follow up with John McAneney and Elena Baylarian upset price for sheriff sale. Conference with Elena Baylarian. | 0.20 |
| EMB | 08/06/2021 | Conference with paralegal regarding sheriff sale upset price. | 0.10 |
| EMB | 08/10/2021 | Conference John J. McAneney, Esquire, email to opposing counsel Brian McVan, Esq, email to client regarding upset price, review judgment amount. | 0.30 |
| JM | 08/11/2021 | Telephone conference with opposing counsel (McVan); Telephone conference with client regarding ▮ ▮ Conference with C. Snyder regarding bankruptcy research. | 1.80 |
| EMB | 08/11/2021 | Intraoffice conferences with John J. McAneney, Esquire, C. Snyder and R. Gould regarding ▮ ▮, call with opposing counsel, call with client regarding ▮. | 0.70 |

20102  Hatboro Federal Savings                         Invoice#  166884      Page  2

| | | | |
|---|---|---|---|
| CS | 08/11/2021 | Conference with John J. McAneney, Esquire. | 0.70 |
| JM | 08/12/2021 | Receipt and review of correspondence regarding bankruptcy; Correspondence to Court; Telephone conference with client; Review and analysis of file; Conference with paralegal. | 0.80 |
| JM | 08/12/2021 | Receipt and review of memos regarding bid price; Conference with E. Baylarian and paralegal. | 0.30 |
| RMG | 08/12/2021 | Receipt of email from court with Bankruptcy entry. Conference with Elena Baylarian and John McAneney regarding ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. Telephone conference Sheriff Office re procedure, prepare letter to request to postpone sale. | 0.80 |
| EMB | 08/12/2021 | Review upset figures, conference R. Gould, receipt and review of email from opposing counsel Brian McVan, Esq, review bankruptcy petition. | 0.40 |

Billing Summary

| | |
|---|---|
| Total professional services | $2,461.00 |
| **Total of new charges for this invoice** | **$2,461.00** |
| Total balance now due | $2,461.00 |

**Invoice Due Upon Receipt**
**Make checks payable to:  Timoney Knox, LLP**
Remit to address:  400 Maryland Drive, P. O. Box 7544, Fort Washington, PA  19034-7544
You can pay your invoice online at our secured website at www.timoneyknox.com
If you would like your invoice by email, please email your request to pcollins@timoneyknox.com

# TIMONEY KNOX, LLP

P.O. Box 7544
400 Maryland Drive
Fort Washington, PA 19034-7544
Tel (215) 646-6000
Fax (215) 646-0379

Federal Tax I.D. ▮

October 5, 2021

Hatboro Federal Savings
Linda Roehner, President
221 S. York Road
Hatboro, PA 19040-3497

Re:     20102 - 00033     HFS v. Weber, Amy

Invoice Number: 167351

---

Professional Services through    09/30/2021

| Atty | Date | Description | Hours |
|------|------|-------------|-------|
| JM | 08/13/2021 | Telephone conference with client regarding bankruptcy filing; conference with paralegal. | 0.50 |
| RMG | 08/13/2021 | Telephone conference with Claire Simon at Sheriff's office on procedure for postponing sale; Conference with Elena Baylarian and John J. McAneney, Esquire re ▮ ; letter to Sheriff's office to postpone. | 0.70 |
| EMB | 08/13/2021 | Review loan documents regarding ongoing obligations, conference with John J. McAneney, Esquire regarding bankruptcy. | 0.40 |
| EMB | 08/17/2021 | Draft Motion for Relief from the Automatic Stay. | 1.30 |
| EMB | 08/18/2021 | Research and draft Motion for Relief from the Automatic Stay. | 3.20 |
| JM | 08/19/2021 | Revisions to Motion. | 0.80 |
| RMG | 08/19/2021 | Prepare Notice of request for notices and file notice with Bankruptcy Court. | 0.30 |

| | | | |
|---|---|---|---|
| 20102 | Hatboro Federal Savings | Invoice#   167351 | Page   2 |

| | | | |
|---|---|---|---|
| EMB | 08/19/2021 | Research and edit Motion for Relief from the Automatic Stay. | 0.30 |
| JM | 08/25/2021 | Telephone conference with client regarding status. | 0.20 |
| EMB | 08/25/2021 | Edit Motion for Relief from Automatic Stay, conference with paralegal regarding ■■■■■■■■■■■■■■■■■ | 0.40 |
| JM | 08/26/2021 | Receipt and review of draft Motion for Bankruptcy Court. | 1.00 |
| JM | 08/26/2021 | Receipt and review of bankruptcy plan; Conference with paralegal. | 0.50 |
| RMG | 08/26/2021 | Review Bankruptcy Plan and other financial submissions, discuss with John J. McAneney, Esquire. | 0.30 |
| JM | 08/27/2021 | Preparation of, and revisions to, Motion for Relief; Conference with C. Snyder regarding research. | 2.30 |
| CS | 08/27/2021 | Conference with John J. McAneney, Esquire. Legal Research on ■■■■■■■■■■■■■■■■■■■■■■■■■■■. | 3.30 |
| JM | 08/28/2021 | Revisions to Motion. | 1.10 |
| RMG | 08/28/2021 | Look up and Calendar Proof of Claim Deadline. | 0.20 |
| EMB | 08/29/2021 | Review of bankruptcy plan submitted by John MacIntosh. | 0.20 |
| JM | 08/30/2021 | Receipt and review of correspondence from client regarding ■■■■■■■■■■■. | 0.10 |
| CS | 08/30/2021 | Continued legal research on ■■■■■■■■■■■■■■■■■■ Conference with John J. McAneney, Esquire. | 2.20 |
| RMG | 09/01/2021 | Receipt and review of Bankrupt notices. Receipt and review of Bankruptcy schedule of hearings and deadlines, calendar. | 0.30 |

| | | | |
|---|---|---|---|
| EMB | 09/03/2021 | Conference with paralegal regarding status and next steps for bankruptcy. | 0.20 |
| JM | 09/08/2021 | Receipt and review of bankruptcy notices. | 0.10 |
| JM | 09/23/2021 | Receipt and review of Memorandum re: September payment not made. | 0.10 |
| RMG | 09/23/2021 | Proof of claim forms, enter information on hand, follow up with John J. McAneney, Esquire re filing. Conference with E. Baylarian. | 0.70 |
| EMB | 09/23/2021 | Conference with paralegal regarding filings in bankruptcy action, email to client regarding post petition payment. | 0.10 |
| RMG | 09/24/2021 | Calendar dates for Bankruptcy, discuss Proof of Claim with John J. McAneney, Esquire, review guidelines for calculating Proof of Claim. | 0.60 |

Billing Summary

| | |
|---|---|
| Total professional services | $7,404.00 |
| Total of new charges for this invoice | $7,404.00 |
| Total balance now due | $7,404.00 |

Invoice Due Upon Receipt
Make checks payable to:  Timoney Knox, LLP
Remit to address:  400 Maryland Drive, P. O. Box 7544, Fort Washington, PA  19034-7544
You can pay your invoice online at our secured website at www.timoneyknox.com
If you would like your invoice by email, please email your request to pcollins@timoneyknox.com

# TIMONEY KNOX, LLP

P.O. Box 7544
400 Maryland Drive
Fort Washington, PA 19034-7544
Tel (215) 646-6000
Fax (215) 646-0379

Federal Tax I.D. ▉

December 15, 2021

Hatboro Federal Savings
Linda Roehner, President
221 S. York Road
Hatboro, PA 19040-3497

Re:             20102 - 00033     HFS v. Weber, Amy

Invoice Number: 168439

Professional Services through 10/31/2021

| Atty | Date | Description | Hours |
|------|------|-------------|-------|
| JM | 10/08/2021 | Review and analysis of Motion and Brief re: relief from automatic stay due to fraud and separate motion due to failure to pay. | 0.50 |
| EMB | 10/14/2021 | Preparation of bankruptcy motions for filing, draft notices, service affidavits and court calendar. | 2.10 |
| JM | 10/18/2021 | Conference with paralegal re: proof of claim. | 0.20 |
| RMG | 10/18/2021 | Review ledger from Hatboro Federal Savings re: payments; long telephone conference with John Weber; prepare spreadsheet re: Proof of Claim. | 4.50 |
| RMG | 10/19/2021 | Continue working on spreadsheet to ▉ complete Schedule A on Proof of claim. Follow up Telephone conference with John Weber to discuss ▉ | 4.70 |
| RMG | 10/20/2021 | Conference with John J. McAneney, Esquire re: Proof of Claim; revisions to same. | 2.00 |
| EMB | 10/20/2021 | Conference with paralegal regarding filing and information for | 0.20 |

| | | | |
|---|---|---|---:|
| 20102 | Hatboro Federal Savings | Invoice#  168439 | Page  2 |

    Proof of Claim.

| | | | |
|---|---|---|---:|
| RMG | 10/21/2021 | Receipt of and review of filed motions, update checklist. | 0.40 |
| JM | 10/29/2021 | Receipt and review of Answer to Petition. | 0.20 |
| JM | 10/30/2021 | Receipt and review of memorandum from E. Baylarian; Review and analysis of Answer to Motion. | 0.40 |
| EMB | 10/30/2021 | Review Answer to Motion for Relief regarding property transfer filed by Debtor. | 0.20 |
| EMB | 10/31/2021 | Research regarding answer filed to Motion for Relief. | 0.70 |

<u>Expenses through</u>    <u>10/31/2021</u>

| | | |
|---|---|---:|
| 10/15/2021 | Pennsylvania Eastern Bankruptcy Court; Filing Fee for Motion for Relief from Automatic Stay | 188.00 |
| 10/15/2021 | Pennsylvania Eastern Bankruptcy Court; Filing Fee for Motion for Relief (#2) | 188.00 |
| 10/19/2021 | PACER SERVICE CENTER; DOCKET ENTRIES 8/12; 8/15; 8/19; 8/25; 8/26; 8/27; 9/2 PAEBK (66 pages) | 6.60 |
| | | $382.60 |

<u>Billing Summary</u>

| | |
|---|---:|
| Total professional services | $4,471.00 |
| Total expenses incurred | $382.60 |
| Total of new charges for this invoice | $4,853.60 |
| Total balance now due | $4,853.60 |

Invoice Due Upon Receipt
Make checks payable to:  Timoney Knox, LLP
Remit to address:  400 Maryland Drive, P. O. Box 7544, Fort Washington, PA  19034-7544
You can pay your invoice online at our secured website at www.timoneyknox.com
If you would like your invoice by email, please email your request to pcollins@timoneyknox.com

# TIMONEY KNOX, LLP

P.O. Box 7544
400 Maryland Drive
Fort Washington, PA  19034-7544
Tel (215) 646-6000
Fax (215) 646-0379

Federal Tax I.D. ███

December 21, 2021

Hatboro Federal Savings
Linda Roehner, President
221 S. York Road
Hatboro, PA  19040-3497

Re:   20102 - 00033   HFS v. Weber, Amy

Invoice Number:  168486

---

Professional Services through   11/30/2021

| Atty | Date | Description | Hours |
|------|------|-------------|-------|
| EMB | 11/08/2021 | Review information for call for Meeting of Creditors.  Call Trustees for Meeting of Creditors.   Review emails from oppposing counsel, call from counsel, call to bankruptcy Court. | 0.70 |
| EMB | 11/10/2021 | Receipt and review of documents from client. Call and email to Trustee, research regarding Objection to Plan. | 0.70 |
| RMG | 11/11/2021 | Conference with John J. McAneney, Esquire re sheriff sale and process to postpone. | 0.20 |
| EMB | 11/11/2021 | Draft objections to plan confirmation. | 1.00 |
| JM | 11/12/2021 | Review Analysis of Objection to Confirmation. | 0.30 |
| EMB | 11/18/2021 | Conference with John J. McAneney, Esquire, draft letter to opposing counsel, Michelle Lee and review debt for proposed resolution. | 0.60 |
| EMB | 11/29/2021 | Call to court regarding motion to continue sheriff sale, call with Bankruptcy Court clerk, conf John J. McAneney, Esquire, call with client, prepare and file exhibits in anticipation of hearing, | 3.10 |

| | | | | |
|---|---|---|---|---|
| 20102 | Hatboro Federal Savings | | Invoice#  168486 | Page  2 |

|  |  |  |  |
|---|---|---|---|
| | | emails with client, email to opposing counsel with exhibits and notifiying her of witness, prepare for hearing. | |
| EMB | 11/30/2021 | Calls with John Weber in preparation for hearing and post-hearing, conf JJm regarding hearing, attendance and participation in Motion for relief hearing. | 1.70 |

Billing Summary

| | |
|---|---|
| Total professional services | $2,531.00 |
| Total of new charges for this invoice | $2,531.00 |
| Total balance now due | $2,531.00 |

Invoice Due Upon Receipt
Make checks payable to:  Timoney Knox, LLP
Remit to address:  400 Maryland Drive, P. O. Box 7544, Fort Washington, PA  19034-7544
You can pay your invoice online at our secured website at www.timoneyknox.com
If you would like your invoice by email, please email your request to pcollins@timoneyknox.com

# TIMONEY KNOX, LLP

P.O. Box 7544
400 Maryland Drive
Fort Washington, PA  19034-7544
Tel (215) 646-6000
Fax (215) 646-0379

Federal Tax I.D. ▮

January 24, 2022

Hatboro Federal Savings
Linda Roehner, President
221 S. York Road
Hatboro, PA  19040-3497

Re:          20102 - 00033     HFS v. Weber, Amy

Invoice Number:  168822

Professional Services through   12/31/2021

| Atty | Date | Description | Hours |
|---|---|---|---|
| RMG | 12/06/2021 | Conference with John J. McAneney, Esquire re status and receipt of order from Bucks County.  Prepare letter to Sheriff Department re continue sheriff sale, copy of order to sheriff department. | 0.40 |
| EMB | 12/08/2021 | Participated in Meeting of Creditors. | 0.30 |
| EMB | 12/13/2021 | Review of letter, edit and send letter to opposing counsel. | 0.20 |
| EMB | 12/28/2021 | Conference with John J. McAneney, Esquire regarding hearing scheduled for January 4. | 0.10 |
| EMB | 12/29/2021 | Emails to John Weber regarding ▮. | 0.20 |
| EMB | 12/31/2021 | Review ledger received from client. Emails with client. | 0.30 |

Billing Summary

| | | |
|---|---|---|
| 20102 | Hatboro Federal Savings | Invoice#  168822    Page  2 |

| | |
|---|---|
| Total professional services | $430.00 |
| Total of new charges for this invoice | $430.00 |
| Total balance now due | $430.00 |

Invoice Due Upon Receipt
Make checks payable to:  Timoney Knox, LLP
Remit to address:  400 Maryland Drive, P. O. Box 7544, Fort Washington, PA  19034-7544
You can pay your invoice online at our secured website at www.timoneyknox.com
If you would like your invoice by email, please email your request to pcollins@timoneyknox.com

# TIMONEY KNOX, LLP

P.O. Box 7544
400 Maryland Drive
Fort Washington, PA  19034-7544
Tel (215) 646-6000
Fax (215) 646-0379

Federal Tax I.D. ▮▮▮▮▮▮▮▮

February 11, 2022

Hatboro Federal Savings
Linda Roehner, President
221 S. York Road
Hatboro, PA  19040-3497

Re:             20102 - 00033        HFS v. Weber, Amy

Invoice Number:  169151

---

Professional Services through    01/31/2022

| Atty | Date | Description | Hours |
|------|------|-------------|-------|
| EMB | 01/03/2022 | Review of statements from client, preparation of exhibits for hearing, preparation for hearing, review email from opposing counsel M. Lee. | 0.90 |
| EMB | 01/04/2022 | Calls with client, conferences with John J. McAneney, Esquire, preparation for and attend hearing, facilitate exhibit filing. | 1.70 |
| EMB | 01/06/2022 | Review of post-petition legal fees, email to client regarding post petition total. | 0.20 |
| EMB | 01/07/2022 | Receipt and review of post-petition balance from client. | 0.10 |
| RMG | 01/10/2022 | Conference with Elena Baylarian re ▮▮▮▮▮▮▮▮. | 0.10 |
| EMB | 01/10/2022 | Calculate balance, memo and conference with John J. McAneney, Esquire. | 0.30 |
| EMB | 01/11/2022 | Follow up on hearing status with paralegal. | 0.10 |
| EMB | 01/28/2022 | Email from opposing counsel, call with client, draft email to | 0.40 |

20102     Hatboro Federal Savings     Invoice# 169151     Page 2

opposing counsel, email to John J. McAneney, Esquire.

<u>Expenses through</u>    01/31/2022

| Date | Description | Amount |
|---|---|---|
| 01/19/2022 | U.S. Courts: PACER; DOCKET ENTRIES - Docket searches 10/13 - 12/9/2021 (PA Eastern Bankruptcy Court) | 15.50 |
| | | $15.50 |

<u>Billing Summary</u>

| | |
|---|---|
| Total professional services | $1,190.50 |
| Total expenses incurred | $15.50 |
| Total of new charges for this invoice | $1,206.00 |
| Total balance now due | $1,206.00 |

---

Invoice Due Upon Receipt
Make checks payable to: Timoney Knox, LLP
Remit to address: 400 Maryland Drive, P. O. Box 7544, Fort Washington, PA 19034-7544
You can pay your invoice online at our secured website at www.timoneyknox.com
If you would like your invoice by email, please email your request to pcollins@timoneyknox.com

**Client:  000000020102-Hatboro Federal Savings**
**Matter:  000000000033-Hatboro Fed: HFS v. Weber, Amy**

| Code | Date | Employee | Hours To | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 00033 | 2/1/ | EBAY | 0.10 | 31 | $31. | Conference with John J. McAneney, Esquire regarding ▮. |
| 00033 | 2/2/ | EBAY | 0.10 | 31 | $31. | Follow up with paralegal regarding bankruptcy filings. |
| 00033 | 2/2/ | RGOU | 0.20 | 25 | $50. | Conference with Elena Baylarian, run bankruptcy docket per her request for hearing |
| 00033 | 2/4/ | EBAY | 0.10 | 31 | $31. | Respond to email from opposing counsel, Michelle Lee. |
| 00033 | 2/6/ | EBAY | 0.30 | 31 | $94. | Review Post-Petition balance in preparation for hearing. |
| 00033 | 2/7/ | EBAY | 1.20 | 31 | $378 | Emails with opposing counsel, conference with John J. McAneney, Esquire, research |
| 00033 | 2/8/ | EBAY | 2.40 | 31 | $756 | Preparation for and representation at hearing, calls with client regarding hearing, |
| 00033 | 2/9/ | EBAY | 0.20 | 31 | $63. | Review sheriff sale notice rules, conference with paralegal regarding requesting |
| 00033 | 2/10 | EBAY | 0.10 | 31 | $31. | Conference with paralegal regarding sheriff sale extension order. |